1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE, | ) No.  1:14-cv-00986---SKO |
| | ) |
| Plaintiff, | ) **ORDER DIRECTING CLERK OF** |
| | ) **COURT TO ADMINISTRATIVELY** |
| vs. | ) **CLOSE CASE** |
| BALWANT SINGH BHAURLA dba ELITE | ) |
| LIQUORS, et al, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

12

13

14

15

16

17

18

19

20          On August 29, 2014, Plaintiff filed a notice of voluntary dismissal indicating the action

21   was voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure

22   41(a)(1)(A)(i).  (Doc. 12.)

23          In relevant part, Rule 41(a)(1)(A) provides as follows:

24
             [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of
25           dismissal before the opposing party serves either an answer or a motion for
             summary judgment; or (ii) a stipulation of dismissal signed by all parties who
26           have appeared.

27   Fed. R. Civ. P. 41(a)(1)(A).  Pursuant to Rule 41(a)(1)(A)(i), "[t]he plaintiff may dismiss some

28   or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the

1    dismissal "automatically terminates the action as to the defendants who are the subjects of the

2    notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

3          Because Plaintiff has filed a notice of voluntary dismissal prior to the time any

4    Defendant has answered or filed a motion for summary judgment, the case has been dismissed.

5    Fed. R. Civ. P. 41(a)(1)(A)(i).

6          Accordingly IT IS HEREBY ORDERED that the Clerk of the Court is to

7    administratively close this case.

8

9

10   IT IS SO ORDERED.

11    Dated:    **September 2, 2014**                    **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28